IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA      *
                              *
     v.                       *     CR 620-017
                              *
WENDELL ALLAN STRICKLAND      *
```

O R D E R

Presently before the Court is Defendant Wendell Allan Strickland's motion for early termination of supervised release. Strickland was sentenced to serve a total term of 27 months imprisonment followed by three years of supervised release upon his conviction for offenses related to animal fighting and illegal gambling. The Court also imposed a fine in the amount of $10,000 and a special assessment of $525.

Strickland has been under the supervision of the United States Probation Office in this district since his release in June 2023. During this time, Strickland has been compliant with all terms of his release. Nevertheless, the Government objects to Strickland's motion on the basis that he still owed $695 toward his fine. Strickland's supervising probation officer does not oppose early termination but noted his remaining financial obligation. On May 8, 2025, Strickland paid $695 to the Clerk and has now fully paid his financial penalties.

Upon the foregoing and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Strickland's motion (doc. 55) is **GRANTED**. Wendell Allan Strickland is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Andrew Doughty in the Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA